1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. 11-330 LKK
                                    )
12               Plaintiff,         ) ORDER
                                    )
13     v.                           ) Date: October 25, 2011
                                    ) Time: 9:15 a.m.
14 ROBERT CLOONEY,                  ) Judge: Hon. Lawrence K. Karlton
                                    )
15               Defendant.         )
   _____    )
16

17     This matter came before the Court for status conference on October

18 25, 2011.  The parties agreed to reschedule the status conference to

19 November 15, 2011, at 9:15 a.m.  The parties also agreed to exclude

20 time under the Speedy Trial Act up to and including November 15, 2011,

21 pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of

22 defense counsel.  Finally, the parties agreed that the ends of justice

23 served by granting the defendant's request for a continuance outweigh

24 the best interest of the public and the defendant in a speedy trial.

25     Good cause appearing therefor,

26     **IT IS ORDERED** that this matter is continued to November 15, 2011,

27 at 9:15 a.m.;

28 ORDER                              1                           11-330 LKK

**IT IS FURTHER ORDERED** that the period from October 25, 2011, up to and including November 15, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 26, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT