1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 11-330 LKK |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) Date: November 15, 2011 |
|  | ) Time: 9:15 a.m. |
| ROBERT CLOONEY, | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for status conference on November 15, 2011. The parties agreed to reschedule the status conference to December 13, 2011, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including December 13, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. Finally, the parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

[PROPOSED] ORDER                         1                         11-330 LKK

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to December 13, 2011, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from November 15, 2011, up to and including December 13, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November 18, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT