1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,       ) No. 11-330 LKK
                                   )
11              Plaintiff,         ) ORDER
                                   )
12     v.                          ) Date: January 18, 2012
                                   ) Time: 9:15 a.m.
13 ROBERT CLOONEY,                 ) Judge: Hon. Lawrence K. Karlton
                                   )
14              Defendant.         )
   _____ )
15

16      This matter came before the Court for status conference on January

17 18, 2012. The parties agreed to reschedule the status conference to

18 January 31, 2012, at 9:15 a.m. The parties also agreed to exclude time

19 under the Speedy Trial Act up to and including January 31, 2012,

20 pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of

21 defense counsel. Finally, the parties agreed that the ends of justice

22 served by granting the defendant's request for a continuance outweigh

23 the best interest of the public and the defendant in a speedy trial.

24 / / /

25 / / /

26 / / /

27 / / /

28 [PROPOSED] ORDER                    1                        11-330 LKK

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to January 31, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from January 18, 2012, up to and including January 31, 2012, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: January 23, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT