DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 11-330 LKK |
|---|---|
| Plaintiff, | ) ORDER |
| v. | ) Date: February 7, 2012 |
| | ) Time: 9:15 a.m. |
| ROBERT CLOONEY, | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for status conference on February 7, 2012. The parties agreed to reschedule the status conference to February 22, 2012, at 9:15 a.m. The parties also agreed to exclude time under the Speedy Trial Act up to and including February 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of defense counsel. Finally, the parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

Good cause appearing therefor,

**IT IS ORDERED** that this matter is continued to February 22, 2012, at 9:15 a.m.;

**IT IS FURTHER ORDERED** that the period from February 7, 2012, up to and including February 22, 2012, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: February 13, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT