1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. CR. S-11-330 LKK
                                )
11               Plaintiff,     ) ORDER
                                )
12      v.                      ) Date: March 6, 2012
                                ) Time: 9:15 a.m.
13 ROBERT CLOONEY,              ) Judge: Hon. Lawrence K. Karlton
                                )
14               Defendant.     )
   _____)
15

16      This matter came before the Court for status conference on March

17 6, 2012. The parties agreed to schedule a hearing for change of plea

18 on March 20, 2012, at 9:15 a.m. The parties also agreed to exclude

19 time under the Speedy Trial Act up to and including March 20, 2012,

20 pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of

21 defense counsel. Finally, the parties agreed that the ends of justice

22 served by granting the defendant's request for a continuance outweigh

23 the best interest of the public and the defendant in a speedy trial.

24 / / /

25 / / /

26 / / /

27 / / /

28
   ORDER                         1                        CR. S-11-330 LKK

Good cause appearing therefor,

     **IT IS ORDERED** that this matter is scheduled for change of plea on March 20, 2012, at 9:15 a.m.;

     **IT IS FURTHER ORDERED** that the period from March 6, 2012, up to and including March 20, 2012, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

     **THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: March 7, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT