DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERT CLOONEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-11-330 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE TO MARCH 27,** |
| v. ) | **2012, AT 9:15 A.M.** |
| ) | |
| ROBERT CLOONEY, ) | Date: March 20, 2012 |
| ) | Time: 9:15 a.m. |
| Defendant. ) | Judge: Lawrence K. Karlton |
| _____ ) | |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference/Change of plea scheduled for March 20, 2012, at 9:15 a.m., and reset it on March 27, 2012, at 9:15 a.m.

Counsel for defendant requires further time to review discovery, receive a proposed plea agreement, and to confer with the defendant.

The parties further stipulate that the Court should exclude the period from the date of this order through March 27, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: March 16, 2012      Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: March 16, 2012      BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
MICHELLE PRINCE
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference/change of plea on March 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 16, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT